**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, | ) ) ) ) ) | Case No.: CV 17-1225-DMG (PLAx) **ORDER ON STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT [17]** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE RIEGLE PRESS, INC., a Michigan Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

IT IS ORDERED that the Stipulation Regarding Settlement and Entry of Consent Judgment ("Stipulated Agreement") is approved. The Court retains jurisdiction over the parties at their request in order to enforce the terms of the Stipulated Agreement.

DATED:  June 15, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1